JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
PYATT SILVESTRI & HANLON
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
(702) 464-3262 (Fax)
Attorneys for Plaintiff,
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>MARK OTERO and REALTY ONE GROUP, LLC<br><br>     Defendants.<br>_____ / | CASE NO:2:11-cv-02032-MMD-CWH |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY stipulated and agreed, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed with prejudice, each party to bear its own fees and costs.

DATED this 3rd day of July, 2012.                   DATED this 3rd day of July, 2012.

RICHARD L. TOBLER, LTD.                            PYATT SILVESTRI & HANLON


/s/ Richard L. Tobler                               /s/ Brian Goldman
RICHARD L. TOBLER, ESQ.                            BRIAN W. GOLDMAN, ESQ.
3654 North Rancho Drive, Suite 102                 701 Bridger Ave., Suite 600
Las Vegas, NV 89130                                Las Vegas, NV 89101
Attorneys for Defendants                           Attorneys for Plaintiff

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own fees and costs.

DATED 7th day of July, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE