1  JAMES P. C. SILVESTRI, ESQ.
   Nevada Bar No. 3603
2  BRIAN W. GOLDMAN, ESQ.
   Nevada Bar No. 6317
3  PYATT SILVESTRI & HANLON
   701 Bridger Ave., Suite 600
4  Las Vegas, NV 89101
   (702) 383-6000
5  (702) 464-3262 (Fax)
   Attorneys for Plaintiff,
6  ALLSTATE INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10

11 ALLSTATE INSURANCE COMPANY,         CASE NO:2:11-cv-02032-MMD-CWH

12              Plaintiff,

13 vs.

14 MARK OTERO and REALTY ONE GROUP,
   LLC
15
                Defendants.
16 _____/

17      **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

18      IT IS HEREBY stipulated and agreed, by and between the parties hereto, through their

19 respective counsel of record, that the above-referenced matter shall be dismissed with prejudice,

20 each party to bear its own fees and costs.

21 DATED this 3rd day of July, 2012.         DATED this 3rd day of July, 2012.

22 RICHARD L. TOBLER, LTD.                   PYATT SILVESTRI & HANLON

23
   /s/ Richard L. Tobler                     /s/ Brian Goldman
24 RICHARD L. TOBLER, ESQ.                   BRIAN W. GOLDMAN, ESQ.
   3654 North Rancho Drive, Suite 102        701 Bridger Ave., Suite 600
25 Las Vegas, NV 89130                       Las Vegas, NV 89101
   Attorneys for Defendants                  Attorneys for Plaintiff
26

27

28

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own fees and costs.

DATED 7th day of July, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE